

**Manning Law Office, APC**

20062 S.W. Birch Street, Suite 200

Newport Beach, CA 92660

(949) 200-8755

| CLIENT: | Anthony Bouyer v. Kadima Investments, et al. Case No. 2:20-cv-04709-RSWL-KS |
|---|---|
| ACCOUNTING: | ATTORNEY HOURS WORKED/Hourly Value |
| HOURLY RATE: $ | Joseph R. Manning, Jr. (JRM) $450 / Associate Attorney (AA) $375 |

| Date | Task | Attorney | Hours | Billing Amount |
|---|---|---|---|---|
| 5/18/2020 | Reviewed information received from client | JRM | 0.5 | $225.00 |
| 5/20/2020 | Met with client and discussed case. | JRM | 0.25 | $112.50 |
| 5/22/2020 | Examined the alleged violations of the ADA Access Guidelines at the property and confirmed they are not ADA compliant as set forth in the Complaint. | JRM | 1 | $450.00 |
| 5/23/2020 | Conducted research of public records to determine identities of business owner and owner of the real property | AA | 1.35 | $506.25 |
| 5/25/2020 | Edit/draft complaint for filing. | JRM | 1 | $450.00 |
| 5/27/2020 | Reviewed and executed the front matter (civil case coversheet, summons, etc.). | AA | 0.5 | $187.50 |
| 6/1/2020 | Reviewed court-issued summons, Notice of Assignment, Standing order. | AA | 0.4 | $150.00 |
| 6/26/2020 | Reviewed and executed the Request for Entry of Default; review file generally to confirm service proper and effected as to proper defendant. | AA | 0.7 | $262.50 |
| 7/8/2020 | Drafted delcaration on behalf of client in support of Plaintiff's Application for Entry of Default Judgment. Contacted client to execute declaration. | AA | 0.5 | $187.50 |
| 7/31/2020 | Drafted Notice of Motion and Motion for Application for Entry of Default Judgment, and declaration in support. Compiled exhibits and instructed staff to file. | AA | 1.5 | $562.50 |
| 7/31/2020 | Review Default Package and Approve | JRM | 0.5 | $225.00 |
| | **Litigation Expenses** | | | |
| | Filing Fees | | | $400 |
| | Service Cost | | | $138 |
| | | | | |
| | Total Bill | | | $3,857 |