JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KADIMA INVESTMENTS, LLC, a California limited liability company; and DOES 1 to 10, inclusive,.<br><br>　　　　Defendants. | CV 20-4709-RSWL(KSx)<br><br>**JUDGMENT** |

　　**WHEREAS**, the Court Clerk entered default against Defendant Kadima Investments, LLC, on June 29, 2020 [14], pursuant to Federal Rule of Civil Procedure 55(a),

　　**WHEREAS**, this Court **GRANTED** Plaintiff Anthony Bouyer's ("Plaintiff") Application for Default Judgment [17],

　　**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

1

judgment is entered in favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Application for Default Judgment as to Plaintiff's ADA claim.  Attorneys' fees are awarded to Plaintiff in the amount of $1,445.00. The Court also awards costs to Plaintiff in the amount of $538.00.

   Furthermore, the Court **GRANTS** Plaintiff's request for entry of an injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendant shall provide accessible parking at the Property, located at 7535 Laurel Canyon Boulevard, North Hollywood, California 91605, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

   As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: September 21, 2020        /s/ Ronald S.W. Lew
                                 **HONORABLE RONALD S.W. LEW**
                                 Senior U.S. District Judge